IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 26  P 1: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Barbara Ann Martin<br>4900 Plaza Dr., Apt. 146<br>Montgomery, AL 36116<br><br>        Plaintiff<br><br>v.<br><br>Big Lots Stores, Inc.<br>300 Phillipi Road<br>Columbus, Ohio 43228<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2:06cv379-MEF

## COMPLAINT

1. Plaintiff resides at 4900 Plaza Dr., Apt. 146, Montgomery, Alabama 36116.

2. Defendant(s)' name(s): Big Lots Stores, Inc.

   Location of offices(s) of the named defendant(s) where the cause of action occurred: Big Lots Stores, Inc., 2885 East South Blvd., Montgomery, Alabama.

   Nature of defendant(s)' business: Retail merchandiser.

   Approximate number of individuals employed by the defendant(s): over 500.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. Section 2000e-5. Equitable and other relief are also sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ___ Failure to employ me.
   2. ___ Termination of my employment.
   3. ___ Failure to promote me.
   4. _X_ Other acts as specified below: Hostile environment, race and or sex.

5. Plaintiff is:

      A.    ___ Presently employed by the defendant.
           _X_ Not presently employed by the defendant. The dates of employment were 5/29/03 - 7/25/05. Employment was terminated because:

        (1)    _X_ Plaintiff was discharged.
        (2)    _X_ Plaintiff was laid off.
        (3)    ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

    A.  _X_  My race.
    B.  ___  My Religion.
    C.  _X_  My sex.
    D.  ___  My national origin.
    E.  ___  Other, as specified below:

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are): Mr. Billy Prigen, Mr. Jerry Culpepper, and Mr. Michael Williams.

8. The alleged discrimination occurred on or about March 28-30, 2005.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: As per my attached EEOC Charge, I was racially and sexually harassed and subjected to a hostile environment. After my complaints of being subjected to said hostile environment, I was retaliated against and subjected to further hostile environment and harassment. Finally I was laid off and never given an opportunity to be transferred to another location.

10. The alleged illegal activity took place at Big Lots, Inc. Store located at 2885 East South Blvd., Montgomery, Alabama.

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about September 22, 2005. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on February 6, 2006.

12. I seek the following relief:

    A.  _X_ Recovery of back pay.
    B.  _X_ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: 4-26-06

*Barbara Ann Martin*
Signature of Plaintiff
Barbara Ann Martin
4900 Plaza Dr., Apt. 146
Montgomery, Alabama 36116
334-613-9051