Exhibit B



3/29/05














3/30/05



Lola Abner
CSS
888429
Store 818



Ms. Martin
Cashier
021709
Store 818



Nicole Taylor
Cashier
194649
Store 818



Mrs. Crosky
Stocker
948132
Store 818