IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

RECEIVED 2006 APR 26 P 1:22

DEBRA P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Barbara Ann Martin
4900 Plaza Drive Apt. 146
Mont, Al. 36116
)
)
**Plaintiff(s)**
)
)
v.
)
)
Big Lots Stores, Inc.
300 Phillipi Road
Columbus, Ohio 43228
)
)
)
**Defendant(s)**

2:06cv379-MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Barbara Ann Martin moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Barbara A. Martin
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Barbara Ann Martin
Plaintiff

V.

Big Lots
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:06cv379-MEF

I, Barbara Ann Martin, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____  Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☑ Yes   ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Hair Paradise; shampoo girl, $60.00 wk; 1837 Eastern Blvd. Mont, Al 36117

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
    a. Business, profession or other self-employment    ☑ Yes   ☐ No
    b. Rent payments, interest or dividends             ☑ Yes   ☐ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
    d. Disability or workers compensation payments      ☐ Yes   ☑ No
    e. Gifts or inheritances                            ☐ Yes   ☑ No
    f. Any other sources                                ☑ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I receive food stamps ($431/mo.); Section 8 Housing pays Rent. 500.00
Self employed Shampoo girl,
Self employed Hair Paradise $60.00 wkly

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. $18.37

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Dexter C. Woodruff 14 yrs. old (son), Devin D. Pendleton 7 yrs. old (son), Jamyra Q. Lykes 12 yrs. old daughter; All support; Food, clothing, school supplies, personal Hygene,

I declare under penalty of perjury that the above information is true and correct.

4-26-06                              Barbara A. Martin
Date                                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.