AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    Middle    District of    Alabama

Barbara Ann Martin

V.                                          **SUMMONS IN A CIVIL CASE**

Big Lots Stores, Inc.

CASE NUMBER:  2:06cv379-MEF

TO: (Name and address of Defendant)

Big Lots Stores, Inc.
300 Phillipi Road
Columbus, Ohio 43228

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara Ann Martin
4900 Plaza Drive                  (pro-se)
Apt 146
Montgomery, AL 36116
334-613-9051

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              5/4/06
_____          _____
CLERK                                              DATE

_____
(By) DEPUTY CLERK