UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00379-MEF-CSC ) |
| Defendant. | ) ) ) |

**DEFENDANT BIG LOTS STORES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Big Lots Stores, Inc., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement, stating as follows:

Big Lots, Inc. is a parent corporation of Big Lots Stores, Inc. Big Lots, Inc. is a publicly-held corporation that owns 10% or more of Big Lots Stores, Inc.'s stock. Respectfully submitted this 30th day of May, 2006.

Stephen X. Munger
Georgia Bar No. 529611
Gregory L. Smith, Jr.
Georgia Bar No. 658369
JACKSON LEWIS LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303-1226
Telephone:     404-525-8200
Facsimile:     404-525-1173

1

LOCAL COUNSEL:                    /s/ Joseph T. Carpenter
                                                          Joseph T. Carpenter
                                                          Alabama Bar No. 5114C59J
                                                 CARPENTER, INGRAM & MOSHOLDER, LLP
                                                 303 Sterling Centre
                                                 4121 Carmichael Road
                                                 Montgomery, Alabama  36106
                                                 Telephone:    334-213-5600
                                                 Facsimile:    334-213-5650

                                                 ATTORNEYS FOR DEFENDANT
                                                 BIG LOTS STORES, INC.

## **CERTIFICATE OF SERVICE**

      I, Joseph T. Carpenter, do hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S CORPORATE DISCLOSURE STATEMENT** by causing a copy to be sent certified mail, return receipt requested, to:

      Barbra Ann Martin
      4900 Plaza Drive
      Apt. 146
      Montgomery, AL 36116

This, the 30th day of May, 2006.

                                          /s/ Joseph T. Carpenter
                                          Joseph T. Carpenter