

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that STEPHEN MUNGER, State Bar No. 529611,** was duly admitted to practice in said Court on March 20, 1986, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 26th day of May, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**            }
                                         } ss.
**NORTHERN DISTRICT OF GEORGIA**         }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **GREGORY L. SMITH, State Bar No. 658369,** was duly admitted to practice in said Court on September 10, 2001, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 26th day of May, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

