IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv379-MEF |
| | ) |
| BIG LOTS STORE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is Attorneys Stephen X. Munger and Gregory L. Smith, Jr.'s motion to appear pro hac vice filed on May 30, 2006. (Doc. # 9). Upon consideration of the motion and for good cause, it is

ORDERED that the motion to appear pro hac vice (doc. # 9) be and is hereby GRANTED. Attorneys Munger and Smith shall file a notice of appearance with this court.

Done this 5th day of June, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE