UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06-CV-00379-MEF-CSC |
| BIG LOTS STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## NOTICE OF APPEARANCE

COME NOW Stephen X. Munger and Gregory L. Smith, Jr. of Jackson Lewis LLP and, pursuant to the Court's Order of June 5, 2006, enter this Notice of Appearance as attorneys of record for Defendant Big Lots Stores Inc. in this action, along with local counsel Joseph T. Carpenter.

Mr. Munger's contact information is as follows:

> Stephen X. Munger
> Georgia Bar No. 529611
> JACKSON LEWIS LLP
> 1900 Marquis One Tower
> 245 Peachtree Center Avenue, N.E.
> Atlanta, Georgia  30303-1226
> Telephone:     404-525-8200
> Facsimile:     404-525-1173
> Email:  mungers@jacksonlewis.com

Mr. Smith's contact information is as follows:

>Gregory L. Smith, Jr.
>Georgia Bar No. 658369
>JACKSON LEWIS LLP
>1900 Marquis One Tower
>245 Peachtree Center Avenue, N.E.
>Atlanta, Georgia  30303-1226
>Telephone:     404-525-8200
>Facsimile:     404-525-1173
>Email:  smithg@jacksonlewis.com

Respectfully submitted this 16th day of June, 2006.

>Stephen X. Munger
>Georgia Bar No. 529611
>Gregory L. Smith, Jr.
>Georgia Bar No. 658369
>JACKSON LEWIS LLP
>1900 Marquis One Tower
>245 Peachtree Center Ave.
>Atlanta, Georgia 30303-1226
>Telephone:  (404) 525-8200
>Facsimile:   (404) 525-1173
>smunger@jacksonlewis.com
>smithg@jacksonlewis.com

[Signatures continued on next page.]

LOCAL COUNSEL:                /s/ Joseph T. Carpenter
                              Joseph T. Carpenter
                              Alabama Bar No. 5114C59J
                              CARPENTER, INGRAM &
                              MOSHOLDER, LLP
                              303 Sterling Centre
                              4121 Carmichael Road
                              Montgomery, Alabama  36106
                              Telephone:  334-213-5600
                              Facsimile:   334-213-5650
                              jcarpenter@carpenterfirm.com

                              ATTORNEYS FOR DEFENDANT
                              BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) 2:06-CV-00379-MEF-CSC |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Joseph T. Carpenter, do hereby certify I have served Plaintiff with the foregoing **NOTICE OF APPEARANCE** by causing a copy to be sent via certified mail, return receipt requested, to:

Barbara Ann Martin
4900 Plaza Drive, Apartment No. 146
Montgomery, Alabama 36116

/s/ Joseph T. Carpenter
Joseph T. Carpenter
Alabama Bar No. 5114C59J

H:\Client Folders\B\Big Lots Stores, Inc\Martin, Barbara Ann\Pleadings\GLS Notice of Appearance.doc