**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

**HON. CHARLES S. COODY, MAG. JUDGE**    AT    **MONTGOMERY, ALABAMA**

| | | |
|---|---|---|
| **DATE COMMENCED:** 7/7/06 | AT | 10:25 a.m. to 10:31 a.m. |
| **DATE COMPLETED:** 7/7/06 | | |

BARBARA ANN MARTIN    *
    Plaintiff    *
   *
vs.    *    CASE NO. 2:06CV379-MEF-CSC
   *
BIG LOTS STORES, INC.    *
    Defendant.

---

NICOLE TAYLOR REED    *
    Plaintiff    *
   *
vs.    *    CASE NO. 2:06CV380-MHT-CSC
   *
BIG LOTS STORES, INC.    *
    Defendant.    *

---

AUTHERINE CROSKEY    *
    Plaintiff    *
   *
vs.    *    CASE NO. 2:06CV485-MHT-CSC
   *
BIG LOTS STORES, INC.    *
    Defendant    *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Ms. Barbara Martin, Pro Se | | Atty. Stephen X. Munger |
| Ms. Nicole Taylor Reed, Pro Se | | |
| Ms. Autherine Croskey, Pro se | | |

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

( X) OTHER PROCEEDINGS:     *STATUS /SCHEDULING CONFERENCE*

**SEE MINUTES ATTACHED**

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Status/Scheduling Conference - 06cv379-MEF-CSC; 06cv380-MHT-CSC; 06cv485-MHT-CSC |
| **Date** | 7 / 7 /2006 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:25:40 AM | Court | Court convenes; parties presented as noted; Hearing on 3 separate cases; Discussion as to plaintiff's getting lawyers; |
| 10:26:20 AM | Ms. Croskey | Response as to getting a lawyer; will met with one on next Tuesday; |
| 10:26:26 AM | Court | Questions to other plaintiffs re: getting a lawyer; |
| 10:26:28 AM | Ms. Reed | Response; All will meet with a lawyer on Tuesday; |
| 10:26:53 AM | Court | Plaintiffs encouraged to seek counsel; Discussions regarding discovery in the case; Will delay entering an order until the end of next week for discovery; |
| 10:31:10 AM | Court | Court is recessed. |