UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| BIG LOTS STORES, INC., ) | 2:06-CV-00379-MEF-CSC |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DEFENDANT BIG LOTS STORES, INC.'S**
**NOTICE OF FILING OF DISCOVERY REQUESTS**

Defendant Big Lots Stores, Inc. ("Big Lots"), by its undersigned counsel and pursuant to the Court's Scheduling Order of July 24, 2006, hereby files the following discovery requests served on Plaintiff Barbara Ann Martin via certified mail, return receipt requested, on July 25, 2006:

1. Big Lots' First Set of Interrogatories; and

2. Big Lots' First Requests for Production of Documents.

Respectfully submitted this 25th day of July, 2006.

s/ Gregory L. Smith, Jr.
Stephen X. Munger
Georgia Bar No. 529611
Gregory L. Smith, Jr.
Georgia Bar No. 658369
JACKSON LEWIS LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303-1226
Telephone:    404-525-8200
Facsimile:    404-525-1173

LOCAL COUNSEL:        Joseph T. Carpenter
Alabama Bar No. 5114C59J
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama  36106
Telephone:    334-213-5600
Facsimile:    334-213-5650

ATTORNEYS FOR DEFENDANT
BIG LOTS STORES, INC.

**CERTIFICATE OF SERVICE**

I, Gregory L. Smith, Jr., do hereby certify I have served Plaintiff with the foregoing **NOTICE OF FILING OF DISCOVERY REQUESTS** by causing a copy to be sent via certified mail, return receipt requested, to:

> Barbara Ann Martin
> 4900 Plaza Drive, Apt. 146
> Montgomery, Alabama  36116

This, the 25th day of July, 2006.

> s/ Gregory L. Smith, Jr.
> Gregory L. Smith, Jr.
> Georgia Bar No. 658369