UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA ANN MARTIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) | 2:06-CV-00379-MEF-CSC |
| Defendant. | ) | |

**CERTIFICATION OF GOOD FAITH EFFORTS TO CONFER**

Pursuant to FED. R. CIV. P. 37(a)(2)(B), I hereby certify that, prior to filing the foregoing Motion to Compel and supporting memorandum, I in good faith attempted to confer with Plaintiff regarding her failure to provide responses to Big Lots' First Set of Interrogatories and First Requests for Production. Specifically, I sent Plaintiff a letter via United States mail and certified mail, and I also attempted to call Plaintiff on several occasions. The foregoing documents were filed on behalf of Big Lots only after my efforts to obtain Plaintiff's delinquent discovery responses without Court action failed.

_____
Gregory L. Smith, Jr.
Georgia Bar No. 658369