UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) 2:06-CV-00379-MEF-CSC |
| Defendant. | ) ) ) |

## DEFENDANT BIG LOTS STORES, INC.'S MOTION TO COMPEL

For the reasons set forth in the accompanying memorandum, Defendant Big Lots Stores, Inc. ("Big Lots") hereby moves this Court to issue an order compelling Plaintiff Barbara Ann Martin ("Plaintiff") to respond to Big Lots' First Set of Interrogatories and First Requests for Production.  Big Lots also asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing this Motion and supporting memorandum, including attorneys' fees.

Respectfully submitted this 11th day of October, 2006.

               Stephen X. Munger
               Georgia Bar No. 529611
               Gregory L. Smith, Jr.
               Georgia Bar No. 658369
               JACKSON LEWIS LLP
               1900 Marquis One Tower
               245 Peachtree Center Avenue, N.E.
               Atlanta, Georgia  30303-1226
               Telephone: 404-525-8200
               Facsimile: 404-525-1173

LOCAL COUNSEL:       /s/   J o s e p h   T .   C a r p e n t e r

               Joseph T. Carpenter
               Alabama Bar No. 5114C59J
               CARPENTER, INGRAM & MOSHOLDER, LLP
               303 Sterling Centre
               4121 Carmichael Road
               Montgomery, Alabama  36106
               Telephone: 334-213-5600
               Facsimile: 334-213-5650

               ATTORNEYS FOR DEFENDANT
             BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) 2:06-CV-00379-MEF-CSC |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION TO COMPEL** by causing a copy to be sent via certified mail, return receipt requested, to:

> Barbara Ann Martin
> 4900 Plaza Drive, Apartment No. 146
> Montgomery, Alabama  36116

This 11th day of October, 2006.

> /s/ Joseph T. Carpenter
> Joseph T. Carpenter
> Alabama Bar No. 5114C59J

Big Lots/Martin
Formal Papers
Z:\6769\EFILING\Martin\GLS Motion to Compel.doc