UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA ANN MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| BIG LOTS STORES, INC., | ) | 2:06-CV-00379-MEF-CSC |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### DEFENDANT BIG LOTS STORES, INC.'S MOTION TO COMPEL

For the reasons set forth in the accompanying memorandum, Defendant Big Lots Stores, Inc. ("Big Lots") hereby moves this Court to issue an order compelling Plaintiff Barbara Ann Martin ("Plaintiff") to respond to Big Lots' First Set of Interrogatories and First Requests for Production. Big Lots also asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing this Motion and supporting memorandum, including attorneys' fees.

Respectfully submitted this 11th day of October, 2006.

Stephen X. Munger
Georgia Bar No. 529611
Gregory L. Smith, Jr.
Georgia Bar No. 658369
JACKSON LEWIS LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303-1226
Telephone:    404-525-8200
Facsimile:    404-525-1173

LOCAL COUNSEL:                          /s/   Joseph   T.   Carpenter

Joseph T. Carpenter
Alabama Bar No. 5114C59J
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama  36106
Telephone:    334-213-5600
Facsimile:    334-213-5650

ATTORNEYS FOR DEFENDANT
BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARBARA ANN MARTIN,                          )
                                             )
                            Plaintiff,       )
                                             )
v.                                           )
                                             ) CIVIL ACTION NO.
BIG LOTS STORES, INC.,                       )
                                             ) 2:06-CV-00379-MEF-CSC
                            Defendant.       )
                                             )
                                             )

## CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION TO COMPEL** by causing a copy to be sent via certified mail, return receipt requested, to:

Barbara Ann Martin
4900 Plaza Drive, Apartment No. 146
Montgomery, Alabama  36116

This 11th day of October, 2006.

/s/ Joseph T. Carpenter_____
Joseph T. Carpenter
Alabama Bar No. 5114C59J

Big Lots/Martin
Formal Papers
Z:\6769\EFILING\Martin\GLS Motion to Compel.doc