UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00379-MEF-CSC |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### DEFENDANT BIG LOTS STORES, INC.'S MEMORANDUM
### IN SUPPORT OF MOTION TO COMPEL

Defendant Big Lots Stores, Inc. ("Big Lots"), by undersigned counsel and pursuant to FED. R. CIV. P. 37, files this Memorandum in Support of its Motion to Compel (the "Motion"). Through its Motion, Big Lots asks the Court to issue an order compelling Plaintiff's responses to Big Lots' initial written discovery. Big Lots also seeks an award of costs and fees incurred in preparing and filing its Motion and supporting memorandum.

### I. RELEVANT FACTS

1.

On July 25, 2006, counsel for Big Lots served Plaintiff with Big Lots' First Set of Interrogatories and First Requests for Production at her home address via certified mail. See Def.'s First Set of Interrogatories and First Requests for Production, Certificates of Service, dated July 25, 2006, attached as Ex. A; Smith Letter dated July 25, 2006, attached as Ex. B. The mailing was returned to defense counsel unopened and unclaimed by Plaintiff. See Certified Mail Envelope, attached as Ex. C.

2.

On August 16, 2006, counsel for Big Lots served Plaintiff with additional copies of Big Lots' First Set of Interrogatories and First Requests for Production via United States mail. See Def.'s First Set of Interrogatories and First Requests for Production, Certificates of Service, dated August 16, 2006, attached as Ex. D; Munger Letter dated August 16, 2006, attached as Ex.

1

E.  The discovery sent by United States mail was not returned as unclaimed to counsel for Big Lots.  Counsel for Big Lots also served Plaintiff with Big Lots' First Set of Interrogatories and First Requests for Production via hand-delivery on August 20, 2006.  See Proof of Service, dated August 20, 2006, attached as Ex. F.

3.

On September 21, 2006, counsel for Big Lots sent Plaintiff a letter via United States mail and certified mail advising her that her discovery responses were untimely and that Big Lots would file a motion to compel or motion to dismiss with the Court if counsel for Big Lots did not receive her responses or otherwise hear from her by September 28, 2006.  See Smith Letter dated September 21, 2006, attached as Ex. G.  The letters were not returned as unclaimed to defense counsel.

4.

On September 27, 2006, Plaintiff called Joseph Carpenter, local counsel for Big Lots, regarding defense counsel's September 21 letter.  Mr. Carpenter underscored the importance of Plaintiff's cooperation in this lawsuit and told Plaintiff she needed to speak with Gregory Smith, one of Big Lots' lawyers in Atlanta, Georgia, who sent the September 21 letter.  Mr. Carpenter told Plaintiff he would pass along her telephone number to Mr. Smith, which he did.  Mr. Smith has attempted several times to contact Plaintiff at the number she provided to Mr. Carpenter.  There has been no answer, and there is no answering machine or way to leave a message.  Plaintiff has not since contacted Mr. Carpenter or Mr. Smith regarding her delinquent discovery responses.

5.

To date, Plaintiff has not served Big Lots with her responses to Big Lots' First Set of Interrogatories and First Requests for Production.

5.

Pursuant to the Court's Scheduling Order of July 24, 2006, discovery in this matter must be completed on or before October 23, 2006.  [Doc. 16.]

## II. DISCUSSION

Counsel for Big Lots served Plaintiff with Big Lots' First Set of Interrogatories and First Requests for Production via certified mail on July 25, 2006.  See Exs. A and B.  Plaintiff's responses were due within thirty days after service, on or before August 28, 2006.  See FED. R. CIV. P. 33, 34.  Defense counsel served Plaintiff with additional copies of Big Lots' First Set of Interrogatories and First Requests for Production via United States mail on August 16, 2006, and via hand-delivery on August 20, 2006.  See Exs. D, E, and F.  When Plaintiff still had not responded by September 21, 2006, counsel for Big Lots sent Plaintiff a good faith letter via United States mail and certified mail advising Plaintiff that her discovery responses were untimely and that Big Lots would file a motion to compel or motion to dismiss with the Court if

2

counsel for Big Lots did not receive her responses or otherwise hear from her by September 28, 2006. See Ex. G.

To date, Plaintiff has wholly failed to respond to Big Lots' written discovery. Big Lots has been severely prejudiced by Plaintiff's refusal to provide timely discovery responses. Such refusal has precluded Big Lots from properly and fairly preparing its defense.[1] Without Plaintiff's discovery responses, Big Lots has been unable to obtain her medical and employment records or take the depositions of Plaintiff and any other key witnesses.[2] The discovery deadline of October 23, 2006 is quickly approaching. Accordingly, pursuant to FED. R. CIV. P. 37(a)(2)(B), Big Lots seeks an Order compelling Plaintiff's delinquent responses to Big Lots' discovery. Further, in accordance with FED. R. CIV. P. 37(a)(4), Big Lots requests its expenses incurred in preparing and filing its Motion and supporting memorandum, including attorneys' fees.

### III. CONCLUSION

For the foregoing reasons, Big Lots asks the Court to issue an order compelling Plaintiff's responses to Big Lots' First Set of Interrogatories and First Requests for Production. Further, Big Lots respectfully requests that Plaintiff be required to pay all expenses incurred by

---

[1] Big Lots also notes that Plaintiff has not returned authorizations for the release of her medical and psychiatric records, which were requested by defense counsel in a letter dated July 25, 2006, see Ex. H, and she has not served her Initial Disclosures, as required by FED. R. CIV. P. 26.

[2] Additionally, Plaintiff has not cooperated in efforts to schedule her deposition. Counsel for Big Lots requested Plaintiff's available dates for her deposition in their letter of July 25, 2006. See Ex. B. When Plaintiff failed to respond by August 16, 2006 Big Lots' counsel noticed Plaintiff's deposition for September 21, 2006. See Ex. E. On or about September 12, 2006, Plaintiff called the office of Big Lots' local counsel, Carpenter, Ingram & Mosholder, LLP, and "cancelled" her deposition scheduled for September 21. In their September 21 letter, defense counsel asked Plaintiff to call by September 28 to provide her available dates in October to be deposed. See Ex. G. To date, Plaintiff has not provided defense counsel with additional dates for her deposition.

Big Lots in preparing and filing its Motion and supporting memorandum, including attorneys' fees.

Respectfully submitted, this 11th day of October, 2006.

                Stephen X. Munger
                Georgia Bar No. 529611
                Gregory L. Smith, Jr.
                Georgia Bar No. 658369
                JACKSON LEWIS LLP
                1900 Marquis One Tower
                245 Peachtree Center Avenue, N.E.
                Atlanta, Georgia  30303-1226
                Telephone:   404-525-8200
                Facsimile:   404-525-1173

LOCAL COUNSEL:        /s/   J o s e p h   T.   C a r p e n t e r

                Joseph T. Carpenter
                Alabama Bar No. 5114C59J
                CARPENTER, INGRAM & MOSHOLDER, LLP
                303 Sterling Centre
                4121 Carmichael Road
                Montgomery, Alabama  36106
                Telephone:   334-213-5600
                Facsimile:   334-213-5650

                ATTORNEYS FOR DEFENDANT
                BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00379-MEF-CSC |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL** by causing a copy to be sent via certified mail, return receipt requested, to:

> Barbara Ann Martin
> 4900 Plaza Drive, Apartment No. 146
> Montgomery, Alabama  36116

This 11th day of October, 2006.

> /s/ Joseph T. Carpenter
> Joseph T. Carpenter
> Alabama Bar No. 5114C59J

6

Big Lots/Martin
Formal Papers
Z:\6769\EFILING\Martin\GLS Memorandum in Support of Motion _.doc