UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00379-MEF-CSC ) |
| Defendant. | ) ) ) |

## DEFENDANT BIG LOTS STORES, INC.'S MOTION FOR RECONSIDERATION

For the reasons set forth below, Defendant Big Lots Stores, Inc. ("Big Lots") hereby moves this Court to reconsider its Order of October 13, 2006 (Doc. 19), in which the Court denied Big Lots' Motion to Compel (Doc. 16). Big Lots again asks the Court to issue an order compelling Plaintiff Barbara Ann Martin ("Plaintiff") to respond to Big Lots' First Set of Interrogatories and First Requests for Production. Big Lots also asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing its Motion to Compel and supporting memorandum, including attorneys' fees.

In support of this Motion, and as further discussed in Big Lots' Memorandum in Support of its Motion to Compel (Doc. 16), Big Lots states:[1]

1. Big Lots first served Plaintiff with its First Set of Interrogatories and First Requests for Production on July 25, 2006. Plaintiff's responses to Big Lots' discovery were due within thirty days after service, on or before August 28, 2006.

2. Big Lots again served Plaintiff with its First Set of Interrogatories and First Requests for Production via United States mail on August 16, 2006, and via hand-delivery on August 20, 2006.

---
[1]   Big Lots filed supporting exhibits with its Motion to Compel.

3. When Plaintiff had not served her discovery responses by September 21, 2006, counsel for Big Lots sent Plaintiff a letter via United States mail and certified mail advising her that her discovery responses were untimely and that Big Lots would file a motion to compel or motion to dismiss with the Court if Big Lots' counsel did not receive her responses or otherwise hear from her by September 28, 2006.

4. Big Lots' counsel has attempted several times to contact Plaintiff at the telephone number she provided to Big Lots' local counsel (which is also listed on her Complaint), including multiple calls on September 27 and 28, 2006. There has been no answer, and there is no answering machine or way to leave a message.

5. To date, Plaintiff has not served Big Lots with her responses to Big Lots' First Set of Interrogatories and First Requests for Production.

6. Pursuant to FED. R. CIV. P. 37(a)(2)(B), Big Lots filed a Certification of Good Faith Efforts to Confer with its Motion to Compel. The document certifies that defense counsel sent Plaintiff a good faith letter via United States mail and certified mail and also attempted to call Plaintiff on several occasions. Big Lots' Motion to Compel was filed only after defense counsel's multiple efforts to obtain Plaintiff's discovery responses without Court action failed.

For the foregoing reasons, Big Lots asks the Court to reconsider its Order of October 13 and issue an order compelling Plaintiff's responses to Big Lots' First Set of Interrogatories and First Requests for Production. Further, Big Lots respectfully asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing its Motion to Compel and

supporting memorandum, including attorneys' fees.

    Respectfully submitted, this 19th day of October, 2006.

                            Stephen X. Munger
                            Georgia Bar No. 529611
                            Gregory L. Smith, Jr.
                            Georgia Bar No. 658369
                            JACKSON LEWIS LLP
                            1900 Marquis One Tower
                            245 Peachtree Center Avenue, N.E.
                            Atlanta, Georgia  30303-1226
                            Telephone:    404-525-8200
                            Facsimile:    404-525-1173


LOCAL COUNSEL:            /s/ Joseph T. Carpenter
                            Joseph T. Carpenter
                            Alabama Bar No. 5114C59J
                            CARPENTER, INGRAM & MOSHOLDER, LLP
                            303 Sterling Centre
                            4121 Carmichael Road
                            Montgomery, Alabama  36106
                            Telephone:    334-213-5600
                            Facsimile:    334-213-5650

                            ATTORNEYS FOR DEFENDANT
                            BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) |
| | ) 2:06-CV-00379-MEF-CSC |
| Defendant. | ) |
| | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION FOR RECONSIDERATION** by causing a copy to be sent via certified mail, return receipt requested, to:

    Barbara Ann Martin
    4900 Plaza Drive, Apartment No. 146
    Montgomery, Alabama  36116

This 19th day of October, 2006.

    /s/ Joseph T. Carpenter
    Joseph T. Carpenter
    Alabama Bar No. 5114C59J