IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv379-MEF |
| ) | |
| BIG LOTS STORE, INC., ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

On October 11, 2006, the defendant filed a motion to compel because the plaintiff failed to respond to discovery as required by the Federal Rules of Civil Procedure. On October 13, 2006, the court denied the defendant's motion to compel for failure to confer with the plaintiff prior to filing the motion. On October 19, 2006, the defendant filed a motion to reconsider the denial of its motion to compel. In its motion to reconsider, counsel for the defendant describes in detail his efforts to confer with the plaintiff. Accordingly, upon consideration of the defendant's motion to reconsider its motion to compel (doc. # 20) filed on October 19, 2006 it is

ORDERED to reconsider (doc. # 20) be and is hereby GRANTED. It is further

ORDERED that on or before November 6, 2006, the plaintiff shall show cause why the motion to compel (doc. # 16) should not be granted. The plaintiff shall also show cause why fees and expenses should not be awarded to the defendant for her failure to respond to or comply with the Federal Rules of Civil Procedure governing discovery.

**The plaintiff is specifically warned that if she fails to file a response as required by this order, the court will treat her failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action. The plaintiff is specifically cautioned that if she fails to file a response in compliance with the directives of this order the undersigned will recommend that this case be dismissed and fees and expenses be awarded to the defendant for her failure to respond.**

Done this 20th day of October, 2006.

                                                /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE