IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06cv379-MEF |
| BIG LOTS STORE, INC., | ) |
| Defendant. | ) |

**ORDER**

On October 20, 2006, the court issued an order directing the plaintiff to show cause why the defendant's motion to compel should not be granted. (Doc. # 21). The order mailed to the plaintiff have been returned to the court as undeliverable. The plaintiff has failed to provide the court with her correct address in accordance with previous orders of the court. Accordingly, it is

ORDERED that the plaintiff show cause on or before November 21, 2006, why this case should not be dismissed for want of prosecution and failure to abide by the orders of this court. **If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action. Moreover, the plaintiff is specifically cautioned that if she fails to file a response in compliance with the directives of this order the undersigned will recommend this case be dismissed for such failure.**

Done this 6th day of November, 2006.

                            /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE