IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-379-MEF |
| | ) |
| BIG LOTS STORE, INC., | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on November 28, 2006 (Doc. #23), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED for the plaintiff's abandonment of her claims, failure to prosecute this action, and failure to comply with the orders of the court.

DONE this the 21st day of December, 2006.

                                                         /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE