UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED 2006 DEC 21 P 1:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff, Barbara A Martin )
vs. )
 )
 ) CIVIL ACTION NO. 2:06-CV-00379 (MEF)
 )
 )
Defendant. )
Big Lots Store, Inc )

## NOTICE OF APPEAL

Notice is hereby given that __Barbara Ann Martin__ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the __Judgment__ entered in this action on the __21__ day of __Dec.__, ~~19~~ 2006.

__Barbara A. Martin__
Signature

__12/21/06__
Date of Signature

__4900 Plaza Drive Apt 146__
__Mont, Al 36116__
Address

334) 613-9051 Hm #
334) 213-4003 Wk #