# Exhibit A

RECEIVED

2006 DEC 21 P 1: 25     M/D-6

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

Northern _____ DIVISION

Barbara Martin                    )
4900 Plaza Drive Apt. 146         )
Montgomery, Al 36116              )
_____         )
            Plaintiff(s)          )        2:06-CV-00379
                                  )            MEF
            v.                    )
Big Lots Stores, Inc.             )
  300 Phillipi Road               )
Columbus, Ohio 43228              )
_____         )
            Defendant(s)          )

**REQUEST NO. 2:**

All documents which refer to, relate to, or describe your educational background, occupational training, work experience, and qualifications, including, but not limited to, all resumes, transcripts, diplomas, licenses, and certifications.

**RESPONSE:** Licence Cosmetologist - (Dean List)
Certified Nursing Assistant (4.0)
Certified Home Health Aide (4.0)
Capps College - (4.0)
Clarke County High (A's + B's)

I will send copies of certificate
2:06-CV-00379
MEF

5

2:06-cv-00379 MEF

**REQUEST NO. 3:**

All documents that relate in any way to your employment with any employer (including self-employment) within the ten (10) year period prior to your employment with Big Lots or during your employment with Big Lots, including, but not limited to, applications, email messages, diaries, journals, calendars, daytimers, notes, complaints, memoranda, correspondence, incident reports, pay records or stubs, expense reports, performance evaluations, applications or requests for promotion, disciplinary records, benefit descriptions, logs, reports, and separation documents.

**RESPONSE:** Hospice, I did hair at home

6

**REQUEST NO. 4:**

All documents that relate in any way to your employment with any employer (including self-employment) <u>since your employment with Big Lots ended</u>, including, but not limited to, applications, email messages, diaries, journals, calendars, daytimers, notes, complaints, memoranda, correspondence, incident reports, pay records or stubs, expense reports, sales records, performance evaluations, applications or requests for promotion, disciplinary records, benefit descriptions, logs, reports, and separation documents.

**RESPONSE:** Hair paradise - Shapper assistant 2006

2:06-CV-00379
MEF

**REQUEST NO. 5:**

All documents that relate in any way to any attempts you have made to obtain employment with any person or entity since your employment with Big Lots ended, including, but not limited to, correspondence to and from such person or entity (including electronic communications), applications, resumes, notes, and telephone logs.

**RESPONSE:** I only work one place since Big Lot + that Hair Paradise

2. 06-CV-00379 MEF

8

**REQUEST NO. 6:**

All documents which relate in any way to your employment with Big Lots, or the claims in this lawsuit, including, but not limited to, applications, email messages, diaries, journals, calendars, daytimers, notes, complaints, memoranda, correspondence, incident reports, pay records or stubs, expense reports, performance evaluations, applications or requests for promotions, disciplinary records, employee handbooks, employment policies, benefit descriptions, logs, reports, and separation documents.

**RESPONSE:**

2:06-cv-00379
MEF

**REQUEST NO. 7:**

All documents which refer to, relate to, or describe any complaints you made to any Big

Lots employee or representative regarding unlawful conduct, including, but not limited to, email

messages, notes, memoranda, correspondence, and tape recordings.

**RESPONSE:** I responded to Mr. Larry Burns (Human Resources)
I explained to him about an incident that
happen on 8/2/03 pertaining to Mr. Billy Ruige
"I was at register #3 around 8:15pm. I responded
to Mr. Ruige that I had to go + tingle," Mr. Ruige
look over his shoulder (to look out side) He stated
"Go outside + use the Bathroom its Dark no one
can see you." I stated "Someone can see me,"
He stated how? what are you going to do put
an Oil Light on you?" He laughed, then he
told me I could go on He'll hold it down
till I get back. I reported it 1st to Mr.
Ernie Tolbert (manager) about 3:00 pm the next
day. Then after that I reported it to Mr.
Burns.
    I also saw Mr. Culpepper (manager) beat a Black
woman down. because she had shop lift some
underware, I begged him to stop + that we
are not suppose to touch the customers but he
wouldn't stop. I was the only witness, but
NO one from the Head Office ? me about
the incident. that was + still is a very Mental
problem for me. I [19] have never seen anything like
that before.

**REQUEST NO. 8:**

All documents in your possession which refer to or relate to Big Lots.

**RESPONSE:**

I have enclosed them.

2:06-CV-00379
MEF

2:06-cv-00379
MEF

**REQUEST NO. 9:**

All documents which relate to, refer to, or describe any oral or written communications or

statements made by any past or present officer, agent, employee, representative, or consultant of

Big Lots concerning any allegations in the Complaint, or pertaining to this action, related

administrative or judicial actions, or their subject matters.

**RESPONSE:** Feb. 2005, I came to work, I normally would work the (Asst man) register but this particular day Billy Pridgen (Asst. man) + Mike Williams wanted me to straighten the Stationary sections/ON the Bottom shelf in Big Red letters "Nigga was Here." I reported it to Billy. I asked Billy to clean it up before someone else sees it + He would.4. He told me to cover it up. He asked me if I knew what it was written in. + how to clean it up? I stated it look like a red marker I stated "that he should have something on the cleaning cart" I stated "it needs to be clean up before someone sees it + you would probably be a riot." For more than 15 to 20 min. they still did not clean it up. I was so upset until I cleaned it up (without thinking I didn4 take a picture of it.

Feb. 20 2005. On a Sunday morning I experience an mind blodeling situation. I told Mr Culpepper + Ms Stephine Griffen about the incident. Mr. Culpepper went through the store joking about the situation. He stated "Ms Barbara I know you were upset but it was Kinda Funny." (Referring to my attack) He said, "it reminded him of a (Charleston Heston) movie." He stated, "There was a black guy in this movie who was behind a tree using the bathroom, Mr. Heston was looking for this person in the movie, the Black man said," Here I am Bass I'm just shaking my Bush, Boss, Just shaking my Bush!") He referred to his private + he use his hand motion.

March 2005 Mike, Lola, + Myself were running the Front. I was at Reg. #1, + Lola #6, Mike did refunds + giving out change. I need change at the same time the phone was for me. I had closed my reg. without taking out change. Mike went to my reg. + open it. The drawer hit him below the belt. He state to me + Lola that my drawer hit him + I should have a dent in my drawer about yea big using his fingers to describe the size of his Penis that dented my reg.

**REQUEST NO. 10:**

All documents consisting of, or relating or referring to, any statements taken from or given by you or taken from or given by any other individual regarding the claims alleged in the Complaint or concerning the subject matter of this lawsuit.

**RESPONSE:**

**REQUEST NO. 11:**

All documents which relate to, refer to, or describe any medical treatment that you have received in the past ten (10) years, including, but not limited to, medical records, written evaluations, statements, diagnoses, medical assessments, notes, and prescriptions, as well as any other documents that relate to, refer to, or describe your medical, physical, mental, or emotional condition during the past ten (10) years.

**RESPONSE:**

**REQUEST NO. 12:**

All documents which relate to, refer to, support, or controvert the allegations in Paragraphs 4, 6, 7, 8, and 9 of your Complaint.

**RESPONSE:**

**REQUEST NO. 13:**

All documents which relate to, refer to, or describe the judicial and/or administrative proceedings (civil, bankruptcy, or criminal, including, but not limited to, social security proceedings, bankruptcy proceedings, or unemployment proceedings), other than this action, to which you have been a party, or a witness at a deposition, via affidavit, or at a hearing or trial.

**RESPONSE:** Jan. 2006 2ed Felon, Theft in the II

CV-00379
MEF

**REQUEST NO. 14:**

All documents regarding allegations of unlawful conduct relating to Big Lots, or any other employer or individual, that you provided to or received from the Equal Employment Opportunity Commission or any other governmental agency, whether federal, state, or local.

**RESPONSE:**

**REQUEST NO. 15:**

All documents reflecting income or compensation of any kind that you have received, including, but not limited to, pay records and stubs and your complete state and federal income tax returns and W-2 forms, from January 1, 2001 through the present.

**RESPONSE:**

**REQUEST NO. 16:**

All documents which relate to, refer to, describe, support, or controvert any and all damages (by nature and amount, including punitive) that you claim you are entitled to receive from Big Lots.

**RESPONSE:** I'm leaving it open until I speak to Big Lots Attorney. I don't know how to put a price on Discrimination, sexual Harrassment, mental Anguish. etc. If I have to give an dollar amount I would like the Maximum that the state Allows for such incidences

CV-00379
MEF

19

**REQUEST NO. 17:**

All documents referring to or identifying any experts with whom you or anyone acting on your behalf have consulted on any issue for this case or whom you expect to call as a witness at trial, including all documents referring or relating to the subject matter of any such expert's testimony, as well as the substance of all facts and opinions, and grounds for such opinions, to be presented in connection with such expected testimony.

**RESPONSE:**

20

**REQUEST NO. 18:**

    All documents which were relied upon, referred to, or identified in your Initial Disclosures and responses to Big Lots' Interrogatories.

**RESPONSE:**

**REQUEST NO. 19:**

Any other documents referring or relating to any claims or defenses in this matter, including, but not limited to, those documents you may introduce into evidence or use in any manner during the course of this litigation, including trial.

**RESPONSE:**



















RECEIVED
EEOC

JUN 2 3 2005

BIRMINGHAM DISTRICT OFFICE







3/30/05

2:06-CV-00379
MEF



**Lola Abner**

CSS

888429

Store 818

**BIG LOTS!**



Ms. Martin Cashier 021709 Store 818

**BIG LOTS!**



**Nicole Taylor**

Cashier

194649

Store 818

**BIG LOTS!**

RECEIVED
EEOC

JUN 2 3 2005

BIRMINGHAM DISTRICT OFFICE



**Mrs. Crosky**

Stocker

948132

Store 818

**BIG LOTS!**