**RECEIVED**

DEC 21 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Barbara Martin
4900 Plaza Drive Apt K16
Montgomery, Al 36116
Dec. 21, 2006
Case # 2:06-CV-00379
(MEF)

To: Judge Charles S. Coody;

Please forgive me for not replying until now. But Sir, I did not know nor did I understand that I was suppose to send your court a copy of the request with my response. I have done the best to my knowledge to fill out the attached forms. Please allow my case to continue and not ~~BM~~ be dismissed. I feel that this case should not be dismissed because these Gentlemen did discriminate against me and also sexual harrassed me. Times have changed your honor. No one should feel discriminated against nor should they be sexual-harrased. Weather they are male, female, black, white, mexican or etc. Especially in the work place. These actions were not done by my fellow employees it was done by my Bosses. So please admitt this & let my case continue.

Thank you,
Barbara Martin

SCANNED
TMN 12/22

Certificate of Service

I hereby certify that on this 21 day of December 2006, copy of the Response for the Request. I hand delivered this information to Carpenter, + Ingram, + Mosholder on November 2006. This is a request for you to please read

Barbara Martin

Case # 2:06-CV-00379 (MEF)