IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA ANN MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-379-MEF |
| ) | |
| BIG LOTS STORE, INC. ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

This cause is before the Court on the Plaintiff's Objection to the Report and Recommendations of the Magistrate Judge (Doc. # 28) filed on December 22, 2006. Not only did the Plaintiff file her objection out of time, but by the time the objection was filed this Court had already adopted the Magistrate Judge's recommendations, entered final judgment in favor of the defendants, dismissed the action[1] and after the Plaintiff had filed with this Court her Notice of Appeal to the Eleventh Circuit. Therefore, it is hereby ORDERED that the Objection to the Report and Recommendations of the Magistrate Judge (Doc. # 28) is OVERRULED.

DONE this the 4th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] It is worth noting that the Plaintiff has failed to take advantage of the many opportunities the Court has given her to prosecute her case. Indeed, the Magistrate Judge recommended the Plaintiff's case be dismissed only after the Plaintiff failed to respond to an order directing her to show cause "why this case should not be dismissed for want of prosecution and failure to abide by the orders of this court." Doc. # 22.