IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-16615-E

BARBARA ANN MARTIN,

           Plaintiff-Appellant,

versus

BIG LOTS STORES, INC.,

           Defendant-Appellee.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 1st day of March, 2007.

           THOMAS K. KAHN
           Clerk of the United States Court
           of Appeals for the Eleventh Circuit

           By: Gloria Powell
               Deputy Clerk

           FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40